# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                                 RE:    Miguel PRADO
                                                            Docket Number:  2:02CR00021-01
                                                             PERMISSION TO TRAVEL
                                                            <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Jaripo, Michoacan, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 12, 2004, Miguel Prado was sentenced for the offenses of 21 USC 841(a)(1) - Distribution of Cocaine Base and 21 USC 841(a)(1) - Possession With Intent to Distribute Cocaine. On November 27, 2007, Mr. Prado's Judgment was amended and his custody term was reduced.

**Sentence imposed:** 135 months custody Bureau of Prisons on each count, concurrent; 60 months Supervised Release, on each count, concurrent; and a $200 Special Assessment. **Special Conditions:** 1) Warrantless search; 2) Financial disclosure; 3) Drug/alcohol treatment program; 4) Drug/alcohol testing; 5) Alcohol restrictions; 6) Co-payment for treatment/testing; 7) Drug offender registration.

**Dates and Mode of Travel:** If the Court approves the request for travel, the probation officer will confirm the offenders itinerary prior to issuing permission to travel. Mr. Prado would like to travel during January 2012, by air.

**Purpose:** To attend family reunion. He will be traveling with his parents.

**RE: Miguel PRADO**
 **Docket Number: 2:02CR00021-01**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Wendy E. Reyes
**WENDY E. REYES**
United States Probation Officer

**DATED:** January 6, 2012
Elk Grove, California
WER/cj

**REVIEWED BY:** /s/ Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**ORDER OF THE COURT:**

**Approved**    X    **Disapproved** _____

1/10/2012     /s/ John A. Mendez
**Date**     **John A. Mendez**
**United States District Court Judge**